McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA MARR,<br><br>            Plaintiff,<br><br>      v.<br><br>GEICO GENERAL INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:18-cv-01391-RFB-GWF<br><br>**STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION** |

Plaintiff, Patricia Marr, and Defendant GEICO General Insurance Company ("GEICO") , hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1. The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2. To effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of her entitlement to contractual benefits.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2:18-cv-01391-RFB-GWF

STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION

3. As part of the Parties' Binding Arbitration Agreement, Plaintiff agrees and hereby requests the Court dismiss the second through fourth cause of action in her Complaint with prejudice.

4. It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 6th day of February, 2019

VANNAH & VANNAH

By      /s/ *L. Dipaul Marrero II*
Robert D. Vannah, Nevada Bar No. 002503
L. Dipaul Marrero II, Nevada Bar No. 012441
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Tel. (702) 369-4161

Attorneys for Patricia Marr

DATED this 6th day of February, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By      /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO General Insurance Company

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this  8th  day of  February , 2019

By _____
RICHARD F. BOULWARE, II
United States District Judge

5469205.1