McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA MARR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01391-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 17 day of June, 2019

VANNAH & VANNAH

By _____
Robert D. Vannah, Nevada Bar No. 002503
L. Dipaul Marrero II, Nevada Bar No. 012441
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Tel. (702) 369-4161

Attorneys for Patricia Marr

DATED this 14 day of June, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO General Insurance Company

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice.

DATED this 9th day of July, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

6108832.1